# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

JASON A. PEREZ-MORCIGLIO, *et al.*,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

        Defendant.

2:10-cv-0899-PMP-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 10, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  31st  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge