UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JASON A. PEREZ-MORCIGLIO and )
SEBASTIAN PEREZ-MORCIGLIO, )
　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　 )
v. )
　　　　　　　　　　　　　　　　 )
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT; SHERIFF DOUGLAS )
GILLESPIE; SERGEANT KENDALL )
BELL; OFFICER T. SCOTT; OFFICER S. )
SCHAIER; LAS VEGAS SANDS )
CORPORATION; VENETIAN CASINO )
RESORT, LLC; ELI CASTRO; LINDA )
HAGENMAIER; RON HICKS; )
WILLIAM LOVEGREN; ANTHONY )
BRONSON; KEVIN NEANOVER; KIM )
GORMAN; PAUL TANNER; and TONY )
WHIDDON, )
　　　　　　　　　　　　　　　　 )
　　　　　　Defendants. )
_____ )

2:10-CV-00899-PMP-RJJ


ORDER

IT IS ORDERED that the parties shall file a proposed joint pretrial order on or before December 15, 2011.


DATED: November 15, 2011

_____
PHILIP M. PRO
United States District Judge