UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. PEREZ-MORCIGLIO and SEBASTIAN PEREZ-MORCIGLIO,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF DOUGLAS GILLESPIE; SERGEANT KENDALL BELL; OFFICER T. SCOTT; OFFICER S. SCHAIER; LAS VEGAS SANDS CORPORATION; VENETIAN CASINO RESORT, LLC; ELI CASTRO; LINDA HAGENMAIER; RON HICKS; WILLIAM LOVEGREN; ANTHONY BRONSON; KEVIN NEANOVER; KIM GORMAN; PAUL TANNER; and TONY WHIDDON,<br><br>Defendants. | 2:10-CV-00899-PMP-RJJ<br><br><br><br>ORDER |

In light of the Response to Order to Show Cause filed September 5, 2012 (Doc. #131, #132), and the parties having taken no action since that date,

IT IS ORDERED that this case is hereby DISMISSED.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge